# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GEORGE T. TEDDER**                                                    **PLAINTIFF**

**v.**                        **Case No. 3:19-cv-00012 KGB**

**DEPUY SYNTHES SALES, INC.,** *et al.*                             **DEFENDANTS**

## ORDER

Plaintiff George T. Tedder filed a notice of settlement with the Court on April 8, 2019 (Dkt. No. 9). The Court then entered an Order on February 4, 2020, informing the parties that it would dismiss this case upon receiving a motion or stipulation of dismissal (Dkt. No. 10). Before the Court is Mr. Tedder's motion to dismiss this case with prejudice (Dkt. No. 11). For good cause shown, the Court grants Mr. Tedder's motion to dismiss (*Id.*). The Court dismisses this action with prejudice.

It is so ordered this 21st day of February, 2020.

                                                         Kristine G. Baker
                                                         United States District Judge